IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re THOMAS OLICK, | : | |
|     Debtor. | : | |
| | : | |
| THOMAS OLICK, | : | |
|     Plaintiff-Appellant, | : | CIVIL ACTION NO. 13-3158 |
| | : | |
| v. | : | |
| | : | |
| City of Easton *et al.*, | : | |
|     Defendants-Appellees. | : | |
| | : | |

**ORDER**

**AND NOW**, this 8th day of October, 2013, upon careful consideration of the parties' briefs and the record certified for appeal, **IT IS HEREBY ORDERED** that the March 8, 2013 order of the United States Bankruptcy Court for the Eastern District of Pennsylvania is **AFFIRMED.**

                                                                               s/William H. Yohn Jr.
                                                                               William H. Yohn Jr., Judge