# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re THOMAS OLICK,<br>　　　Debtor. | |
| THOMAS OLICK,<br>　　　Plaintiff-Appellant, | CIVIL ACTION NO. 13-3158 |
| v. | |
| City of Easton *et al.*,<br>　　　Defendants-Appellees. | |

## ORDER

**AND NOW**, this 8th day of October, 2013, upon careful consideration of the parties' briefs and the record certified for appeal, **IT IS HEREBY ORDERED** that the March 8, 2013 order of the United States Bankruptcy Court for the Eastern District of Pennsylvania is **AFFIRMED.**

　　　　　　　　　　　　　　　　　　　s/William H. Yohn Jr.
　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge